BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00326 MCE |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| JOHN WINTON HARRIS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 8, 2012.

2.      By this stipulation, defendant now moves to continue the status conference until December 6, 2012, and to exclude time between November 8, 2012 and December 6, 2012 under Local Code T4.  The United States does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

        a.      The United States has represented that the discovery associated with this case includes investigative reports and related documents in electronic form amounting to approximately 75 pages of documents.  All of this discovery has been produced directly to Mr. Harris's counsel of record.

1

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

b.      After consultation, Mr. Harris and his counsel desire additional time to consult, to review discovery, and to discuss potential options, including setting the matter for trial or for change of plea.

c.      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The United States does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 8, 2012 to December 6, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

2

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1    IT IS SO STIPULATED.

2    Dated:  November 1, 2012              BENJAMIN B. WAGNER
                                           United States Attorney
3

4                                   By:    */s/ Todd A. Pickles*
                                           TODD A. PICKLES
5                                          Assistant U.S. Attorney

6                                          For the United States

7                                          DANIEL BRODERICK
                                           Federal Public Defender
8
     Dated:  November 1, 2012        By:   */s/ Todd A. Pickles for*
9                                          JEFFREY STANIELS
                                           Assistant Federal Defender
10

11                                         For the Defendant

12

13

14                               **O R D E R**

15       Pursuant to the parties' stipulation, IT IS SO FOUND AND ORDERED.

16       The status conference, currently scheduled for November 8, 2012, **is continued to**

17   **December 6, 2012, at 9 a.m.** in Courtroom 7.  The time period between November 8, 2012 and

18   December 6, 2012 is excluded under Local Code T4.

19

20   Dated:  November 7, 2012

21
                                     _____
22                                   MORRISON C. ENGLAND, JR
                                     UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

                                     3

     Stipulation and Order for Continuance of Status
     Hearing and for Exclusion of Time