JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN WINTON HARRIS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-00326-MCE |
| Plaintiff, | ) ) | |
| v. | ) ) | **CORRECTED** STIPULATION AND ORDER CONTINUING CASE. |
| JOHN WINTON HARRIS, | ) ) | |
| Defendant. | ) ) ) | Date:  January 10, 2013 Time:  9:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |


    **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Pickles, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's January 10, 2013, calendar, and that it be continued until March 7, 2013, at 9:00 a.m. for status conference.

    This continuance is requested in order to accommodate ongoing investigation and discussions regarding non-trial disposition as well as counsel's schedules.

    **IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

Therefore the parties agree that time for trial should be excluded between January 10, 2013 and March 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**


Dated: January 9, 2013          /s/ *Todd Pickles*
                                Todd Pickles
                                Assistant United States Attorney
                                Counsel for Plaintiff


Dated:  January 9, 2013         /s/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                JOHN WINTON HARRIS


## O R D E R

The above stipulation is hereby accepted.  The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  This matter is ordered to be dropped from this court's criminal calendar on January 10, 2013, and to be re-calendared for March 7, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**


Dated: January 15, 2013

_____
MORRISON C. ENGLAND, JR. CHIEF JUDGE
UNITED STATES DISTRICT JUDGE