Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
JOHN HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-00326 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| JOHN HARRIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Pickles, Assistant United States Attorney, attorney for plaintiff, and Michael Hansen, attorney for defendant John Harris, that the previously-scheduled status conference date of April 11, 2013, be vacated and the matter set for status conference on July 11, 2013, at 9:00 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendant, to examine possible defenses and to investigate the facts of the case. Counsel was substituted into the case on April 4, 2013.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, April 8, 2013, to and including July 11, 2013.

      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

      IT IS SO STIPULATED.

Dated: April 8, 2013            Respectfully submitted,

                                       /s/ Michael E. Hansen
                                       MICHAEL E. HANSEN
                                       Attorney for Defendant
                                       JOHN HARRIS

Dated: April 8, 2013            BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/ Michael E. Hansen for
                                       TODD PICKLES
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

## **ORDER**

      The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

      The Court orders that the time from the date of the parties' stipulation, April 8, 2013, to and including July 11, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section

3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the April 11, 2013, status conference shall be continued until July 11, 2013, at 9:00 a.m.

**IT IS SO ORDERED**.

DATED:  April 10, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE