Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
JOHN HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOHN HARRIS,<br><br>          Defendant. | No. 2:12-CR-00326-MCE<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE RE MENTAL EXAMINATION OF DEFENDANT JOHN HARRIS PURSUANT TO 18 USC § 4241, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

WHEREAS, Michael E. Hansen, attorney for defendant John Harris, reports and represents that:

1.     Mr. Harris suffers from bipolar disorder.  A review of Mr. Harris' psychiatric records from the Sacramento County jail indicates Mr. Harris declines to take the medication that addresses his mental health issues.

2.     In meetings with Mr. Harris, the undersigned has reasonable cause to believe Mr. Harris is unable to assist counsel in his defense.

IT IS HEREBY STIPULATED by and between the United States and defendant John Harris, through their respective counsel, subject to the approval of the Court, that:

1.     The Court conduct a hearing to determine the mental competency of defendant John Harris, pursuant to 18 USC section 4241(a), at a date and time to be set that is convenient for the Court and the parties after the psychiatric or psychological examination of the defendant is completed;

1

**Stipulation and Order to Vacate Status Conference, and Set Psychiatric or Psychological Examination**

2. The Court order that the Bureau of Prisons perform a psychiatric or psychological examination of defendant John Harris before the hearing, pursuant to section 4241(b), and prepare a report containing those matters required under 18 USC section 4247(c); and

3. The Court make a non-binding recommendation that the Bureau of Prisons perform the psychiatric or psychological examination of defendant John Harris at the Sacramento County Jail in Sacramento, California, or at a facility designated by the Bureau of Prisons.

The parties further stipulate that:

1. The status conference presently set for July 18, 2013, at 9:00 a.m., shall be vacated; and

2. The time from the date of this stipulation, July 17, 2013, until the Court rules on defendant John Harris' competency to stand trial shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial act pursuant to 18 USC section 3161(h)(1)(A), and 18 USC sections 3161(h)(7)(A) and (B)(iv), and Local Codes A (mental competency determination) and T4 (defense preparation). Further defendant John Harris and the United States stipulate and agree that the Court shall find the ends of justice in granting the continuance in defendant's trial outweigh the best interests of the defendant and the public in a speedy trial.

Dated: July 17, 2013                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JOHN HARRIS

Dated: July 17, 2013                    BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Michael E. Hansen for
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

/ /

2

**Stipulation and Order to Vacate Status Conference, and Set Psychiatric or Psychological Examination**

**ORDER**

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its Order.

Based on the parties' stipulation, the Court specifically finds that there is reasonable cause to believe that defendant John Harris may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense within the meaning of 18 USC section 4241(a).

Pursuant to section 4241(b), the defendant is referred to the Bureau of Prisons for a psychiatric or psychological examination for a reasonable period of time, **not to exceed thirty days** (not including time to transport the defendant), unless extended by further Court order, and report in accordance with the provisions of 18 USC sections 4247(b) and (c) to assist the Court in determining the defendant's mental competence.  The Court makes a non-binding recommendation that the Bureau of Prisons perform the psychiatric or psychological examination of defendant John Harris at the Sacramento County Jail in Sacramento, California or at a facility designated by the Bureau of Prisons.

Under section 4247(b), the psychiatric or psychological examination shall be completed by a licensed or certified psychiatrist or psychologist.  The examining psychiatrist or psychologist shall prepare a report which shall be submitted to the Court with copies to the attorney for the United States and the attorney for the defendant, as follows:

    Honorable Morrison C. England, Jr.
    Chief United States District Judge
    501 I Street, 14th Floor
    Sacramento, CA  95814

    Attorney for the United States:
    Todd Pickles
    Assistant U.S. Attorney
    501 I Street, Room 10-100
    Sacramento, CA  95814
    Telephone:  (916) 554-2766

    Attorney for defendant:
    Michael E. Hansen
    711 9th Street, Suite 100
    Sacramento, CA  95814
    Telephone:  (916) 438-7711

**Stipulation and Order to Vacate Status Conference, and Set Psychiatric or Psychological Examination**

The report shall include the following information required under section 4247(c), including:

1. The defendant's history and present symptoms;

2. A description of the psychiatric, psychological, and medical tests that were employed and their results;

3. The examiner's findings; and

4. The examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The Court finds that additional time is necessary for the Bureau of Prisons to conduct its examination of defendant John Harris' mental competency, and report back to the Court and both counsel the Bureau's findings and recommendations. The Court specifically finds that: (1) the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial; and (2) the failure to grant the trial continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the Court orders that time from the date of the parties' stipulation, July 17, 2013, and continuing until the Court rules on defendant's competency to stand trial shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 USC section 3161(h)(1)(A), and 18 USC sections 3161(h)(7)(A) and (B)(iv), and Local Codes A (mental competency determination) and T4 (defense preparation).

///
///
///
///
///

**Stipulation and Order to Vacate Status Conference, and Set Psychiatric or Psychological Examination**

1  The Court further orders that the status conference presently set for July 18, 2013, at
2  9:00 a.m., shall be vacated and **continued to September 5, 2013 at 9 a.m.** in Courtroom 7.  A
3  hearing regarding defendant's competency pursuant to 18 U.S.C. section 4241(c) is presently
4  set for the same date and time.  The Court will entertain an earlier hearing date if the parties so
5  desire, provided the evaluation has been completed.

**IT IS SO ORDERED**.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order to Vacate Status Conference, and Set Psychiatric or Psychological Examination**