Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359

Attorney for Defendant
JOHN HARRIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>JOHN HARRIS,<br><br>            Defendant. | No. 2:12-CR-00326-MCE<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO SUPPRESS EVIDENCE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Pickles, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant John Harris, that defendant's motion to suppress evidence will be heard on May 1, 2014, at 9:00 a.m.

Accordingly, the parties stipulate and agree to the following briefing schedule:

- Motion to be filed on 4/3/14;
- Opposition to motion to be filed on 4/17/14;
- Reply to opposition to be filed on 4/24/14; and
- Hearing on motion to suppress evidence to be held 5/1/14.

The Government concurs with this request.

Time was previously excluded from December 12, 2013, through July 14, 2014, as provided by Local Code T4.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

/ /

1

**Stipulation and Order Re: Briefing Schedule on Defendant's Motion to Suppress Evidence**

IT IS SO STIPULATED.

Dated:  March 27, 2014                                Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JOHN HARRIS

Dated:  March 27, 2014                                BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Michael E. Hansen for
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED**.

Dated: April 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order Re: Briefing Schedule on Defendant's Motion to Suppress Evidence**