UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-cr-00326-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JOHN WINTON HARRIS, | |
| Defendant. | |

This matter is set for a three day jury trial commencing on July 21, 2014. The trial confirmation hearing will be held on July 3, 2014, at 9:00 a.m. The following due dates are set for this matter: trial briefs, a mandatory joint statement of the case, proposed voire dire, proposed jury instruction(s), proposed verdict form(s), witness lists, and exhibit lists are to be filed not later than July 14, 2014. Motions in limine are due by June 30, 2014, opposition by July 7, 2014, and replies, if any, by July 14, 2014. See ECF No. 60.

IT IS SO ORDERED.

Dated: June 19, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT