Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359

Attorney for Defendant
JOHN HARRIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-00326-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING** |
| v. | |
| JOHN HARRIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Pickles, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant John Harris, that the previously-scheduled trial confirmation hearing date of June 19, 2014, be vacated and the matter set for trial confirmation hearing on July 3, 2014, at 9:00 a.m.

This continuance is requested because defense counsel is unavailable due to a prepaid vacation.  Time was previously excluded to the trial date of July 21, 2014.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

/ /

/ /

/ /

1     IT IS SO STIPULATED.

2 Dated:  June 5, 2014         Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JOHN HARRIS

Dated:  June 5, 2014         BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Michael E. Hansen for
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

### ORDER

The Court, having received, read, and considered the above stipulation of the parties, adopts the stipulation of the parties in its entirety as its order.  The Court orders that the June 19, 2014, trial confirmation hearing shall be continued until July 3, 2014, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated:  June 19, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT