UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JOHN HARRIS,<br><br>          Defendant. | No. 2:12-CR-00326-MCE<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

  **Vernon Jackson, X-11899**, a necessary and material witness in the jury trial of this case on **Tuesday, July 22, 2014, at 9:00 a.m.**, is confined at Rio Cosumnes Correctional Center, 12500 Bruceville Road, Elk Grove, California, 95757, in the custody of the Sacramento County Sheriff's Department.  In order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate before the **Honorable Morrison C. England, Jr., United States District Court, Eastern District of California, 501 I Street, Courtroom No. 7 (14th Floor), Sacramento, California, 95814, on Tuesday, July 22, 2014, at 9:00 a.m.**

  ACCORDINGLY, IT IS HEREBY ORDERED that:

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sacramento County Sheriff's Department to produce the inmate named above to participate in a jury trial in the United States District Court, at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the Court; and thereafter to return the inmate to Rio Cosumnes Correction Center.

  2. The custodian is ordered to notify the Court of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this writ; and

  3. The Clerk of the Court is directed to serve a courtesy copy of this Order and Writ of Habeas Corpus ad Testificandum on the Sacramento County Sheriff's Department, c/o Rio Cosumnes Correctional Center, 12500 Bruceville Road, Elk Grove, California, 95757.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** **RIO COSUMNES CORRECTIONAL CENTER (Sacramento County Sheriff's Department)**, 12500 Bruceville Road, Elk Grove, California, 95757:

**WE COMMAND** you to produce the inmate named above to participate in a jury trial before the United States District Court, at the time and place noted above.

**FURTHER**, you are ordered to notify the Court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

Dated:  July 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE