Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359

Attorney for Defendant
JOHN HARRIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-00326-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING** |
| v. | |
| JOHN HARRIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith and Todd Pickles, Assistant United States Attorneys, attorneys for plaintiff, and Michael E. Hansen, attorney for defendant John Harris, that the previously-scheduled trial judgment and sentencing hearing date of December 4, 2014, be vacated and the matter set for judgment and sentencing on January 15, 2015, at 9:00 a.m.

This continuance is requested because defense counsel was awaiting the transcript of Mr. Harris' testimony on July 22, 2014, which testimony was cited in the draft Presentence Investigation Report ("PSR").  Now that the transcript has been received, defense counsel is in the process of preparing informal objections to the draft PSR.

Accordingly, the following proposed schedule of disclosure for the PSR is offered:

/ /

Stipulation and [Proposed] Order to Continue Judgment & Sentencing Hearing

| | |
|---|---|
| Written Objections to the PSR: | 12/18/14 |
| Final PSR: | 12/26/14 |
| Motion for Correction: | 1/2/15 |
| Reply/Statement of Non-Opposition; Sentencing Memorandum: | 1/8/15 |
| Judgment & Sentencing: | 1/15/15 @ 9:00 a.m. |

The Government and U.S. Probation concur with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: November 19, 2014           Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JOHN HARRIS

Dated: November 19, 2014           BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: November 19, 2014           BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Court orders that the December 4, 2014, judgment and sentencing hearing shall be continued until January 15, 2015, at 9:00 a.m.

**IT IS SO ORDERED**.

DATED:  November 26, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT