**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
JOHN W. HARRIS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **D.C. Case No.: 12-CR-00326 MCE** |
| Plaintiff, | |
| vs. | **REQUEST FOR TRANSCRIPT OF SEALED EVENT AND ORDER** |
| JOHN W. HARRIS, | |
| Defendant. | |

Defendant JOHN W. HARRIS, by and through his counsel of record, requests authorization for the Court Reporter to prepare a transcript of the in-camera sealed hearing of July 21, 2014 regarding Harris's request for new counsel.  Without knowing the content of the discussion, it is further requested that the transcript be filed as a sealed document.  The content of the discussion is especially important to review, as Harris believes it could have a bearing on his appeal.

Dated: February 10, 2015         Respectfully submitted,

                                             WISEMAN LAW GROUP, P.C.


                                      By:  ____/s/ Joseph J. Wiseman_____
                                               JOSEPH J. WISEMAN
                                               Attorney for Defendant
                                               JOHN W. HARRIS

# ORDER

UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the Court Reporter is authorized to prepare a transcript of the in-camera hearing of July 21 2014 and that transcript shall be filed as sealed.

IT IS SO ORDERED.

Dated: February 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT