IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.                                                          Case No. 2:12-CR-326-MCE

JOHN WINTON HARRIS,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant Federal Public Defender hereby applies to the captioned court for the issuance of a writ of habeas corpus   ☒   ad prosequendum   ☐ ad testificandum   ☐ in re motion pursuant to 28 U.S.C.§2255 and avers:

     JOHN WINTON HARRIS, USM No. 69173-097 or Year of Birth Click here to enter text.

I.     Detained by USP TUCSON
     at 9300 SOUTH WILMOT ROAD, TUCSON, ARIZONA 85756.

II.    Detainee is   ☐ charged in this district by ☐ indictment   ☐ information
                                    ☐ complaint   ☐ Petition to Revoke

     or    ☒ was convicted in this district of violating Title 21 U.S.C. § 841 (a)(1).

     or    ☐ is a witness not otherwise available by the ordinary process of the Court.

     Appearance is necessary on 5/5/2016
     ☒ before Judge Morrison C. England, Jr.

     or    ☐ before the Federal Grand Jury of the U.S. Courthouse for the district,

     for    ☐ initial appearance.   ☐ arraignment.   ☐ plea.   ☐ jury trial.
                ☐ trial.   ☐ sentencing   ☐ a motion pursuant to 28 U.S.C. § 2255.
                ☐ the purpose of giving testimony in the captioned proceeding.
                ☐ other purpose(s), specifically, Click here to enter text..

It is also petitioned that all parties to the Writ notify counsel for said detainee, if any exist, of this request prior to any court order being issued.

Date: 4/21/2016.         Name: /s  Jerome Price, Assistant Federal Defender
## WRIT OF HABEAS CORPUS

☒  Ad Prosequendum        ☐  Ad Testificandum        ☐  In Re Motion to Vacate

     The instant application is granted and the above-named custodian, as well as the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies, is and are directed to produce the named detainee, on the date, and at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to **USP Tucson** unless otherwise ordered by the Court.  All parties of this Writ are notified that third party custody of said detainee may be granted as referenced above and that detainee's counsel will be notified prior to any such court order being issued.

     IT IS SO ORDERED.

DATED:  April 27, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT