HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
jerome_price@fd.org

Attorney for Defendant
JOHN WINTON HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:12-cr-326 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) | |
| JOHN WINTON HARRIS, | ) | Date: May 5, 2016<br>Time: 10:00a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through, Christiaan Highsmith Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Jerome Price, attorney for John Harris that the status conference, currently scheduled for May 5, 2016, **may be continued to May 19, 2016 at 10:00 a.m.**

By previous application, defense counsel requested the Court issue a writ ad prosequendum ordering the U.S. Marshals to transport Mr. Harris to the proceedings set for May 5, 2016 and any future proceedings (Docket #138). The Court granted the Writ on April 28, 2016 (Docket #139).  Defense counsel has been made aware that the Marshals are unable to transport Mr. Harris by the May 5, 2016 status conference and thus requests to continue the status conference to May 19, 2016.

///

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated:  May 3, 2016 | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 |   |   |
| 4 |   | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender |
| 5 |   | Attorney for Defendant |
| 6 | Dated: May 3, 2016 |   |
| 7 |   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 8 |   | */s/ Christiaan Highsmith*<br>CHRISTIAAN HIGHSMITH |
| 9 |   | Assistant U.S. Attorney<br>Attorney for Plaintiff |

Stipulation to Continue Status Conference    -2-    *U.S. v. Harris, 12-cr-326*

ORDER

The Court having received, read, and considered the parties' stipulation hereby adopts the stipulation in its entirety as its order.  IT IS HEREBY ORDERED that the May 5, 2016 status conference shall be continued until May 19, 2016, at 10:00 a.m so that Mr. Harris may be present at his district court proceedings.

IT IS SO ORDERED.

**Dated:  May 5, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE