HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
jerome_price@fd.org


Attorney for Defendant
JOHN WINTON HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:12-cr-00326 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE AND STATUS CONFERENCE |
| vs. | |
| JOHN WINTON HARRIS, | Date: August 11, 2016<br>Time: 10:00a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through, Todd Pickles Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Jerome Price, attorney for John Harris that the status conference, currently scheduled for August 11, 2016, **may be continued to August 25, 2016 at 10:00 a.m. and the briefing schedule be continued as follows:**

Defense Motion Due: 7/29/16

Opposition Due: 8/12/16

Defense Reply Due: 8/18/16

Status Conference: 8/25/16

///

///

Stipulation to Continue Briefing Schedule and Status Conference     -1-     *U.S. v. Harris, 12-cr-326*

1 | The parties appeared before Hon. Morrison C. England on May 19, 2016 and set a briefing schedule in consideration of an evidentiary hearing. The parties now request a continuance of the briefing schedule and scheduled court hearing to allow additional time to prepare briefing.

Respectfully submitted,

Dated:  July 13, 2016

HEATHER E. WILLIAMS
Federal Defender

/s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorney for Defendant

Dated: July 13, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Todd Pickles
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court having received, read, and considered the parties' stipulation hereby adopts the stipulation in its entirety as its order. It is hereby ordered that the August 11, 2016 status conference shall be continued until August 25, 2016, at 10:00 a.m and the entire briefing schedule be continued by two weeks as follows: Defense Motion is now due on July 29, 2016, Government's Opposition on August 12, 2016 and Defense Reply on August 18, 2016.

IT IS SO ORDERED.

Dated:  July 14, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE