Kresta Nora Daly, SBN 199689
Berit Lynn Elam, SBN 307389
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com
Email:  belam@barth-daly.com

Attorneys for Defendant
JOHN HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN HARRIS,<br><br>    Defendant. | Case No. 2:12-CR-0326-MCE<br><br>**AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM; WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date:   March 17, 2017<br>Time:   10:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

### APPLICATION FOR WRIT OF HABEAS CORPUS

### AD TESTIFCANDUM

Petitioner, JOHN HARRIS, prisoner number 09948211, by and through his lawyer Kresta Nora Daly, requests this Court issue a writ of habeas corpus ad testificandum compelling respondent to produce Mr. Vernon Jackson at the U.S. District Court before the March 17, 2017, hearing in this matter so that Mr. Jackson is available to testify at the evidentiary hearing for John Harris.

### ARGUMENT

Mr. Harris' criminal conviction was overturned by the Ninth Circuit Court of Appeals.  This court set an evidentiary hearing for March 17, 2017.  Mr. Jackson is a necessary witness.

{00021096}

**CONCLUSION**

This court should exercise its inherent power to enforce its habeas grant, and its power under Fed. R. App. P. 23(c), by ordering Mr. Jackson's presence in court on March 17, 2017 and order he be returned to Rio Consumnes Correctional Center upon the conclusion of his testimony.

Dated:  February 9, 2017.                    BARTH DALY LLP

                                             By    /s/ Kresta Nora Daly
                                                   KRESTA NORA DALY

BARTH DALY LLP
Attorneys At Law
Sacramento, California

{00021096}

Application for Writ of Habeas Corpus Ad Testificandum  2                    2:12-CR-0326 MCE

Kresta Nora Daly, SBN 199689
Berit Lynn Elam, SBN 307389
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com
Email:  belam@barth-daly.com

Attorneys for Defendant
JOHN HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN HARRIS,<br><br>          Defendant. | Case No. 2:12-CR-0326-MCE<br><br>**AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br><br>Date:   March 17, 2017<br>Time:   10:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

**TO:  SACRAMENTO COUNTY SHERIFF SCOTT JONES**.

**YOU ARE COMMANDED** to produce prisoner VERNON JACKSON (09991056)  to testify before the United States District Court for the Eastern District of California in Courtroom 7, United States District Court, 501 I Street, Sacramento, California, 95814, on Friday, March 17, 2017, at 10:00 a.m., and from day to day until completion of the proceedings.

FURTHER, you are ordered to notify the Court of any change in custody of the prisoner and to provide the new custodian with a copy of this writ.

///

///

///

///

///

{00021096}

1  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas
2  corpus ad testificandum on the Out-To-Court Desk, Rio Consumnes Correctional Center, 12500
3  Bruceville Road, Elk Grove, California 95757.
4  IT IS SO ORDERED.
5  Dated: February 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

{00021096}

Application for Writ of Habeas Corpus Ad Testificandum  4                                      2:12-CR-0326 MCE