PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00326-MCE |
|---|---|
| Plaintiff, | REQUEST FOR HEARING REGARDING STATUS OF COUNSEL; DECLARATION OF JAMES R. CONOLLY; ORDER |
| v. | |
| JOHN WINTON HARRIS, | |
| Defendant. | |

For the reasons stated herein, the United States and defense counsel request that the Court set a hearing regarding status of counsel in this matter for March 16, 2017. A hearing is necessary to address questions regarding Defendant John Winton Harris' request to represent himself and its potential impact on the upcoming evidentiary hearing, set currently for March 17, 2017, at 10 a.m.

Since the last hearing in this matter, Harris submitted a letter to the Court indicating his potential desire to represent himself. (Docket No. 174.) It is not clear at this point whether Harris still wants to represent himself or whether a decision to do so will affect defense preparation for the upcoming evidentiary hearing. Consequently, the parties request a status of counsel hearing in advance of the evidentiary hearing in order be able to coordinate with witnesses who the parties will call to testify. The government understands that at least one defense witness is incarcerated and his presence will require coordination by the U.S. Marshal's Office and Bureau of Prisons. (See Attachment A, Declaration of James R. Conolly ("Conolly Decl."), ¶ 3.) For its part, the government anticipates calling two active-duty law enforcement officers. (Conolly Decl., ¶ 3.)

Defense counsel has indicated to the United States that she agrees a hearing in this matter is necessary to clarify issues of representation for Court and for the parties, and that additional time to prepare for the March 17, 2017 evidentiary hearing may be necessary. Defense counsel has indicated she therefore joins in the government's request that the Court set a hearing regarding status of counsel for March 16, 2017. (Conolly Decl., ¶ 2.)

                                          Respectfully Submitted,

Dated: March 15, 2017                     PHILLIP A. TALBERT
                                          United States Attorney

                                   By:  /s/ *James R. Conolly*
                                        JAMES R. CONOLLY
                                         Assistant United States Attorney

**Attachment A**

**DECLARATION**

I, JAMES R. CONOLLY, declare as follows:

1. I am an Assistant United States Attorney for the Eastern District of California and I am familiar with the facts described below.

2. I have conferred with defense counsel, Kresta Daly, who has indicated to me that she agrees a status of counsel hearing is necessary, and that the defense may require additional time to prepare for the March 17, 2017 evidentiary hearing. She has indicated to me that she joins in the United States' request that the Court set a status of counsel hearing for March 16, 2017.

3. The United States anticipates calling at the March 17, 2017 evidentiary hearing two law enforcement officers, and advance notice of the evidentiary hearing's schedule will be helpful to them in coordinating their scheduled duties. I also understand that the defense intends to call Vernon Jackson to testify. Mr. Jackson is incarcerated, so it is my understanding that his appearance at the hearing will require coordination between the U.S. Marshal's Office and the Bureau of Prisons, for which advance notice would be likewise beneficial.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of March, 2017.

/s/ *James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

**ORDER**

Having received, read, and considered the parties' request, and good cause appearing therefore, the Court hereby sets a hearing regarding the status of counsel for Defendant John Winton Harris for March 16, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE