## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-00326-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JOHN WINTON HARRIS, | |
| Defendant. | |

Good cause having been shown, the City of Sacramento's Motion to Vacate its Motion to Quash Defendant's Criminal Subpoena Pursuant to Fed. R. Crim. P. Rule 17(c)(2) (ECF No. 179) is hereby GRANTED.

IT IS SO ORDERED.

Dated: March 22, 2017

*[signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE