UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WINTON HARRIS,<br><br>Defendant. | No. 2:12-CR-00326-MCE<br><br><br><br>**ORDER** |

Pursuant to the findings made by the Court on the record at the evidentiary hearing held on March 31, 2017, and incorporating that record in its entirety, Defendant's Motion to Suppress (ECF Nos. 45, 149) is hereby DENIED.

IT IS SO ORDERED.

Dated: June 22, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1