UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JOHN WINTON HARRIS,<br><br>Movant. | No. 2:12-cr-0326 MCE KJN P<br><br><br><br>ORDER |

Respondent has requested an extension of time to file a response to the pending motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's request for an extension of time (ECF No. 202) is granted; and

2. Respondent is granted until February 4, 2019, in which to file its response.

Dated: November 27, 2018

/harr0326.236

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1