UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-0326 MCE KJN P |
| Respondent, | |
| v. | ORDER |
| JOHN WINTON HARRIS, | |
| Movant. | |

Movant is a federal prisoner, proceeding without counsel, with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Respondent filed a motion for order waiving movant's attorney-client privilege and permitting discovery from Michael E. Hansen, movant's prior defense attorney. Movant does not object to such waiver, but asks that the court limit the waiver to those issues raised in his § 2255 motion. Movant also asks the court to order respondent to contact movant's prior attorney, Jeffrey L. Staniels, and his private investigator, Melvin Buford, both of whom worked on movant's case before Mr. Hansen's involvement. In reply, respondent asks that counsel be allowed, but not compelled, to contact Mr. Staniels or Mr. Buford. By separate filing, respondent also seeks an extension of time in which to file a response to the § 2255 motion.

The court finds too broad respondent's initial request to find movant waived his attorney-client privilege as to Mr. Hansen. Movant did place his attorney-client relationship with Mr.

Hansen at issue by filing the § 2255 motion, but did so only in connection with those issues raised in the § 2255 motion. Therefore, respondent's motion is granted only as to those issues raised in movant's § 2255 motion. Thus, respondent is permitted to conduct discovery solely as to those issues raised in the § 2255 motion.

With regard to movant's request concerning Mr. Staniels and Mr. Buford, the undersigned finds that petitioner has also waived the attorney-client privilege as to the issues raised in the § 2255 motion. Thus, respondent may conduct discovery from Mr. Staniels and Mr. Buford, but only in connection with issues raised in the § 2255 motion. The undersigned declines to compel respondent to conduct such discovery.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion for discovery (ECF No. 207) is partially granted;

2. Movant has waived the attorney-client privilege solely as to the issues raised in his § 2255 motion;

3. Movant is permitted to conduct discovery from Michael E. Hansen, Jeffrey L. Staniels, or Melvin Buford, solely as to those issues raised in the pending § 2255 motion;

4. Former defense attorneys Michael E. Hansen and Jeffrey L. Staniels, as well as investigator Melvin Buford, are permitted to disclose any information arising out of the attorney client privilege related to movant's ineffective assistance of counsel claims raised in the pending § 2255 motion;

5. Respondent's second motion for extension of time (ECF No. 212) is granted; and

6. Respondent shall file its response on or before March 6, 2019; movant's reply shall be filed thirty days thereafter; and

7. In addition to counsel for respondent, the Clerk of the Court is directed to serve a copy of this order on Michael E. Hansen, Attorney at Law, 711 Ninth Street, Suite 100, Sacramento, CA 95814; Jeffrey L. Staniels, Attorney at Law, 216 F Street, #98, Davis, CA 95616; and Melvin

////

////

////

2

Buford, Investigator, Federal Defenders, Eastern District of California, 801 I Street, 3rd Floor, Sacramento, CA 95814.

Dated: January 29, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/harr0326.wai

3