HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
JOHN WINTON HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-000326-MCE |
|---|---|---|
| Plaintiff, | ) | **SEALING ORDER** |
| vs. | ) | JUDGE: Hon. Morrison C. England, Jr. |
| JOHN WINTON HARRIS, | ) | |
| Defendant-Movant. | ) | |

    IT IS HEREBY ORDERED that the Request to Seal Exhibit 1 and Exhibit 2 to Defendant-Movant's Emergency Motion for Compassionate Release is granted so that medical information is not available on the public docket. The Request and its Exhibits 1 and 2 are to be provided to the Court and Assistant United States Attorney James Conolly. These documents shall remain under seal until further Order of the Court.

    IT IS SO ORDERED.

Dated: July 30, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE