McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff/Respondent,<br><br>　　　　　v.<br><br>JOHN WINTON HARRIS,<br><br>　　　　　Defendant/Movant. | CASE NO. 2:12-CR-326-MCE-KJN<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

On August 3, 2020, Respondent filed an unopposed motion, requesting an extension of time, until August 6, 2020, to file its response to Defendant/Movant John Winton Harris' motion for compassionate release, filed pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Respondent's request is hereby GRANTED, and the response to Defendant/Movant's motion for compassionate release shall be filed on or before August 6, 2020. Movant shall file his reply, if needed, within seven days of Respondent's response.

　　　IT IS SO ORDERED.

Dated: August 6, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE