UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-00326-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JOHN WINTON HARRIS, | |
| Defendant. | |

Defendant's Motion for Compassionate Release and Motion to Appoint Counsel (ECF No. 278) is DENIED.

IT IS SO ORDERED.

DATED: January 18, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE