UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WINTON HARRIS,<br><br>Defendant. | No. 2:12-CR-00326-MCE<br><br><br><br>**ORDER** |

Defendant's Motion for Recusal (ECF No. 280) and Motion to Vacate and Reduce Sentence (ECF No. 281) are DENIED.

IT IS SO ORDERED.

Dated: May 23, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE