UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WINTON HARRIS,<br><br>Defendant. | No. 2:12-CR-00326-MCE<br><br><br><br>**ORDER** |

Defendant's Motion for Recusal/Motion to Appoint Counsel (ECF No. 283) is DENIED.

IT IS SO ORDERED.

Dated: July 5, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE