PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-326-MCE |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| JOHN WINTON HARRIS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion to reduce his sentence, as well as for other relief, on September 1, 2023. ECF No. 285.

2. On September 15, 2023, the Court referred the defendant's motion to Assistant Federal Defender Linda Harter for review. ECF No. 286.

3. Counsel for the defendant will require additional time to review the motion, research related legal issues, obtain relevant records, confer with the defendant, and draft any supplemental briefing. The government will likewise require additional time to respond to the defendant's motion and any supplemental briefing defense counsel chooses to file.

4. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule for the defendant's motion as follows:

a) The defendant, through counsel, shall file any supplemental briefing on or before November 15, 2023. If the defense chooses to withdraw or amend any claims for relief included in the defendant's recent motion to reduce sentence (ECF No. 285), the defense will identify those claims explicitly in any supplemental briefing.

b) The government's response to the defendant's motion, and any additional briefing that the defense files, shall be filed on or before December 15, 2023; and

c) The defendant's reply to the government's response, if any, shall be filed on or before January 5, 2024.

IT IS SO STIPULATED,

Dated: October 5, 2023   PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: October 5, 2023   /s/ LINDA HARTER
LINDA HARTER
Assistant Federal Defender
Counsel for Defendant
JOHN WINTON HARRIS

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The defendant, through counsel, shall file any supplemental briefing related to his motion to reduce sentence (ECF No. 285) on or before November 15, 2023. If the defense chooses to withdraw or amend any claims for relief included in that motion, the defense will identify those claims explicitly in any supplemental briefing.

b) The government's response to the defendant's motion, and any additional briefing that the defense files, shall be filed on or before December 15, 2023; and

   c)  The defendant's reply to the government's response, if any, shall be filed on or before January 5, 2024.

   IT IS SO ORDERED.

Dated:  October 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE