HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
E-mail: linda_harter@fd.org

Attorney for Defendant
JOHN WINTON HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00326-MCE-KJN |
| Plaintiff, | **ORDER** |
| vs. | |
| JOHN WINTON HARRIS | |
| Defendant. | |

Good cause having been shown, Assistant Federal Defender Linda Harter is hereby relieved as counsel effective immediately and all dates set forth in the stipulation filed by the parties on October 11, 2023 shall be extended by four weeks.

IT IS SO ORDERED.

Dated: November 20, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE