PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00326-MCE-KJN |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| JOHN WINTON HARRIS, | |
| Defendant. | |

On February 2, 2024, the United States requested an extension of time to file its response to Defendant's *pro se* motions for sentence reduction pursuant to 18 U.S.C. § 3582. Docket Nos. 258, 295, 296. That request is GRANTED, and the Government shall have until April 11, 2024, to file its response. Defendant's Reply, should he choose to file one, shall be due not later than May 9, 2024.

IT IS SO ORDERED.

Dated: February 6, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1