UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-00326-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JOHN WINTON HARRIS, | |
| Defendant. | |

Defendant's Requests for the Appointment of Counsel (ECF Nos. 297 and 300) and Motion for Psychiatric Exam (ECF No. 304) are DENIED.  The Court will address all other pending motions once briefing is complete.  The Court is directed to serve ECF No. 304 on Bureau of Prisons and the Warden of the Federal Correctional Institution in Sheridan, Oregon, and to serve this order on Plaintiff, who is proceeding pro se.

IT IS SO ORDERED.

Dated:  April 10, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1