1  PHILLIP A. TALBERT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                 CASE NO.  2:12-CR-00326-MCE-KJN

12                          Plaintiff,

13            v.                              ORDER GRANTING MOTION FOR EXTENTION
                                              OF TIME
14  JOHN WINTON HARRIS,

15                          Defendant.

16

17        On April 11, 2024, the United States requested an extension of time to file its response to

18  Defendant's pro se motions for sentence reduction pursuant to 18 U.S.C. § 3582, and supplemental

19  motions. Docket Nos. 285, 295, 296, 300 & 301

20        IT IS HEREBY ORDERED the Government's request for an extension of time, until June 11,

21  2024, to file its response, is GRANTED.

22        Defendant shall have until July 9, 2024, to file his reply.

23        The Clerk of the Court is directed to serve this Order conventionally on Defendant.

24        IT IS SO ORDERED.

25  Dated:  April 17, 2024

26
                                              _____
27                                            MORRISON C. ENGLAND, JR
                                              SENIOR UNITED STATES DISTRICT JUDGE
28

ORDER RE GOVERNMENT'S MOTION FOR EXTENSION          1
OF TIME