UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN WINTON HARRIS,<br><br>　　　　　Defendant. | No.  2:12-CR-00326-MCE<br><br><br><br>**ORDER** |

　　　　The Court received Defendant's most recent filings at ECF Nos. 311-12.  The Clerk of the Court is directed to serve ECF No. 311 on the Warden of the Federal Correctional Institution in Sheridan, Oregon, as it goes to Defendant's mental state.

　　　　The Clerk of the Court is also directed to re-serve the Court's Order Denying Defendant's Requests for Appointment of Counsel and Motion for Psychiatric Exam (ECF No. 306) and its Order Granting the Government's Motion for Extension of Time (ECF No. 310) on Defendant, who is proceeding pro se, and also on the Warden of the Federal Correctional Institution in Sheridan, Oregon.

　　　　The Clerk of the Court is also directed to terminate the motions at ECF Nos. 297 and 300 as disposed of by way of ECF No. 306

///

///

1   Finally, the Clerk of the Court is directed to serve this Order on Plaintiff and the
2  Warden of the Federal Correctional Institution in Sheridan, Oregon.
3   IT IS SO ORDERED.
4  Dated:  May 14, 2024

*[Signature]*

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE