1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

UNITED STATES OF AMERICA,

No.  2:12-CR-00326-MCE

12

Plaintiff,

13

v.

**ORDER**

14

JOHN WINTON HARRIS,

15

Defendant.

16
17

Defendant's Motion for Reconsideration (ECF No. 313) and Motions for Subpoena

18

of Records (ECF No. 316, 317) are DENIED.  The Clerk of the Court is directed to serve

19

this Order on Defendant who is proceeding pro se.

20

IT IS SO ORDERED.

21

Dated:  May 29, 2024

22
23

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

24
25
26
27
28

1