PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00326-MCE-KJN |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| JOHN WINTON HARRIS, | |
| Defendant. | |

On August 9, 2024, the United States requested an extension of time to file its response to Defendant's *pro se* motions for sentence reduction pursuant to 18 U.S.C. § 3582. Docket Nos. 258, 295, 296.

IT IS HEREBY ORDERED the Government's request until September 11, 2024, to file its response is granted.

IT IS SO ORDERED.

Dated: August 21, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1